# SUPREME COURT.

### FELICIE C. MARSTON agt. JULIAN HEBERT.

*Costs — taxation of — Code of Civil Procedure, section 3251 — Ten dollars to be taxed for each witness examined before trial under the provisions of this section.*

Under the provisions of section 3251 of the Code of Civil Procedure, a party is entitled to tax ten dollars for *each* witness examined before trial.

*Special Term, February,* 1881.

IN this action five witnesses were examined before trial, under the provisions of section 870 of the Code of Civil Procedure. On taxation of costs the clerk taxed fifty dollars for the examination of the five witnesses, taken before trial, on behalf of plaintiff.

An appeal was taken from the clerk's taxation.

*S. A. Emanuel,* for motion.

*Steuart & Hawes,* opposed.

It was claimed by counsel for the defendant that section 3251 of the Code of Civil Procedure provided for the payment of only ten dollars for the entire examination, exclusive of the question of the number of witnesses examined. It was *held,* BARRET J., that, ten dollars should be allowed for the examination of *each* witness before trial.